UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____X

RICHARD BOURT, JR.,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant

_____X

CIVIL ACTION

NO. 3:02CV00191 (AVC)

_____X

SAMUEL J. COMPO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

_____X

CIVIL ACTION

NO: 3:02CV1675(PCD)

_____X

ROBERT L. FUDA,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants

_____X

CIVIL ACTION

NO. 3:02CV01678 (RNC)

**<u>FELA HEARING LOSS CASES - MAY BE FILED IN NEW HAVEN
AS ORDERED BY MAGISTRATE JUDGE MARGOLIS</u>.**

_____X

JOHN P. GEARY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01679 (WWE)

_____X

ROBERT HICKEY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant
_____X

CIVIL ACTION

NO. 3:02CV01674 (CFD)

_____X

THOMAS KINIRY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01680 (JBA)

2

_____X

RICHARD K. LASKEVITCH

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01676 (GLG)

_____X

JOHN RAGGI,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01681 (GLG)

_____X

EDWARD P. RUSSO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01682 (JCH)

3

_____X

JAMES SCOFIELD,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV1683 (JCH)

_____X

MICHAEL SELMONT,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV1677 (GLG)

_____X

MILLARD J. SULLIVAN,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01684 (JCH)

```
_____X
FRANCIS BAKUTIS,
                                                CIVIL ACTION
        Plaintiff
                                                NO. 3:02CV01877 (MRK)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

ROBERT C. BLACK,
                                                CIVIL ACTION
        Plaintiff
                                                NO. 3:02CV01873 (AVC)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

JAMES CAFFREY,
                                                CIVIL ACTION
        Plaintiff
                                                NO. 3:02CV01884 (CFD)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
```

```
_____X
CHARLES KANE,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:02CV01878 (CFD)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

KARL KAUTZ,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:02CV01874 (JBA)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

FREDERICK N. KOVAL,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:02CV01879 (GLG)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
```

6

_____X

SIGISMONDO LoVERME,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01880 (PCD)

_____X

HENRY MACKEY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01881 (AWT)

_____X

LOUIS MURRAY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01882 (JBA)

_____X

ALFRED C. SCHUMACHER,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01875 (AHN)

_____X

TIMOTHY STRAND,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01883 (AWT)

_____X

TIMOTHY SWEENEY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV01872 (RNC)

_____X

BILLY JOE WILSON,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACATION

NO. 3:02CV01876 (DJS)

_____X

NICKOLAS R. ATLAS,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant
_____X

CIVIL ACTION

NO. 3:02CV02029 (DJS)

_____X

MICHAEL BETTINI,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02030 (RNC)

_____X

PAUL F. CIUZIO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02032 (JBA)

_____X

RICHARD FANNING,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02034 (SRU)

_____X

THOMAS FARLEY,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 302CV02035 (WWE)

_____X

CALOGERO FARRUGGIO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02036 (CFD)

_____X

CLYDE GIBBS,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02037 (WWE)

_____X

THOMAS INFANTINO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02038 (GLG)

_____X

ANTONIO P. SARTORI, JR.,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02039 (PCD)

_____X

LAWRENCE TRAMAGLINI,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 302CV02040 (SRU)

_____X

JOSEPH WALZ,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:02CV02041 (DJS)

```
_____X
MAURICE BARRETT,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:03CV00180 (DJS)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X
DAVID BETRIX,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:03CV00181 (WWE)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X
THOMAS BYRNE, SR.,
                                              CIVIL ACTION
        Plaintiff
                                              NO. 3:03CV00182 (CFD)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
```

```
_____X

FRANK DiLORENZO,
                                                    CIVIL ACTION
        Plaintiff
                                                    NO. 3:03CV00183 (AWT)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

DENNIS INCONSTANTI,
                                                    CIVIL ACTION
        Plaintiff
                                                    NO. 3:03CV00184 (MRK)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
_____X

JOHN F. JOHNSON, JR.,
                                                    CIVIL ACTION
        Plaintiff
                                                    NO. 3:03CV00185 (GLG)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

        Defendants
_____X
```

_____X

JOHN MELILLO,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

    Defendant

_____X
_____X

JERRY D. PATTERSON, SR.,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X
_____X

PEDRO RODRIGUEZ,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

    Defendants
_____X

CIVIL ACTION

NO. 3:03CV00186 (RNC)

CIVIL ACTION

NO. 3:03CV00187 (GLG)

CIVIL ACTION

NO. 3:03CV00188 (JBA)

```
_____X
RICHARD STARR,
                                            CIVIL ACTION
     Plaintiff
                                            NO. 3:03CV00189 (RNC)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

     Defendants
_____X
_____X
ROBERT WEST,
                                            CIVIL ACTION
     Plaintiff
                                            NO. 3:03CV00190 (AWT)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

     Defendants
_____X
_____X
ROBERT F. WRIGHT,
                                            CIVIL ACTION
     Plaintiff
                                            NO. 3:03CV00191 (RNC)
VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

     Defendants                             NOVEMBER 14, 2003
_____X
```

## **PLAINTIFFS' MOTION TO COMPEL METRO-NORTH**

Pursuant to Fed. R. Civ. P. 37 and D. Conn. L. R. Civ. P. 37, the plaintiffs in the above-captioned hearing loss cases hereby move to compel Metro-North ("MN") to produce documents responsive to requests for production ("RFP") (1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13,

14, 17, 18 ,19, 20, 21, 22, 24, 25, 26 and 27) and to respond to interrogatories (1, 2, 3, 4, 5, 6, 7, 8 and 9).  A memorandum of a law and an affidavit are being filed herewith.

                              FOR THE PLAINTIFFS,

                              By_____
                                Scott E. Perry (ct17236)
                                CAHILL & GOETSCH, P.C.
                                43 Trumbull Street
                                New Haven, Connecticut  06511
                                (203) 777-1000

## **CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 14th day of November, 2003, to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut  06905 and to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109.

                              _____
                              Scott E. Perry