IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
------------------------------------------------------x
                                                      :
JOHN P. GEARY                                         :   3:02 CV 1679 (WWE)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :   DATE: DEC. 7, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
MICHAEL BETTINI                                       :   3:02 CV 2030 (RNC)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :   DATE: DEC. 7, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
RICHARD F. FANNING                                    :   3:02 CV 2034 (WWE)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :   DATE: DEC. 7, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
THOMAS FARLEY                                         :   3:02 CV 2035 (WWE)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :   DATE: DEC. 7, 2004
                                                      :
------------------------------------------------------x
```

```
-----------------------------------------------------x
                                                     :
COLOGERO G. FARRUGGIO                                :   3:02 CV 2036 (CFD)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: DEC. 7, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
THOMAS INFANTINO                                     :   3:02 CV 2038 (WWE)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: DEC. 7, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
ANTONIO SARTORI                                      :   3:02 CV 2039 (PCD)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: DEC. 7, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
THOMAS BYRNE, SR.                                    :   3:03 CV 182 (CFD)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: DEC. 7, 2004
                                                     :
-----------------------------------------------------x
```

```
------------------------------------------------------x
                                                      :
FRANK A. DiLORENZO                                    :   3:03 CV 183 (AWT)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :   DATE: DEC. 7, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
DENNIS INCONSTANTI                                    :   3:03 CV 184 (JCH)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :   DATE: DEC. 7, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
JOHN J. MELILLO                                       :   3:03 CV 186 (RNC)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO.                              :   DATE: DEC. 7, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
PEDRO S. RODRIGUEZ                                    :   3:03 CV 188 (JBA)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :   DATE: DEC. 7, 2004
                                                      :
------------------------------------------------------x
```

```
------------------------------------------------------x
                                                      :
RICHARD STARR                                         :   3:03 CV 189 (RNC)
                                                      :
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :   DATE: DEC. 7, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
ROBERT F. WRIGHT                                      :   3:03 CV 191 (RNC)
                                                      :
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :   DATE: DEC. 7, 2004
                                                      :
------------------------------------------------------x
```

RULING ON MOTIONS FOR EXTENSION OF SCHEDULING ORDER DEADLINES

By agreement of counsel, defendant's Motions for Extension of Scheduling Order Deadlines, <u>Geary</u>, 3:02 CV 1679 (WWE), Dkt. #65; <u>Bettini</u>, 3:02 CV 2030 (RNC), Dkt. #54; <u>Fanning</u>, 3:02 CV 2034 (SRU), Dkt. #49; <u>Farley</u>, 3:02 CV 2035 (WWE), Dkt. #49; <u>Farruggio</u>, 3:02 CV 2036 (CFD), Dkt. #54; <u>Infantino</u>, 3:02 CV 2038 (WWE), Dkt. #52; <u>Sartori</u>, 3:02 CV 2039 (PCD), Dkt. #53; <u>Byrne</u>, 3:03 CV 182 (CFD), Dkt. #42; <u>DiLorenzo</u>, 3:03 CV 183 (AWT), Dkt. #44; <u>Inconstanti</u>, 3:03 CV 184 (MRK), Dkt. #50; <u>Melillo</u>, 3:03 CV 186 (RNC), Dkt. #25; <u>Rodriguez</u>, 3:03 CV 188 (JBA), Dkt. #50; <u>Starr</u>, 3:03 CV 189 (RNC), Dkt. #45; <u>Wright</u>, 3:03 CV 191 (RNC), Dkt. #51, are <u>granted by agreement as follows</u>:

All fact discovery shall be completed **on or before February 15, 2005**; plaintiff's expert report(s) shall be disclosed **on or before March 15, 2005**; plaintiff's expert(s) shall be deposed **on or before April 15, 2005**; defendant's expert report(s) shall be disclosed **on or before April 15, 2005**; and defendant's expert(s) shall be deposed **on or before May 16, 2005**.

Dated at New Haven, Connecticut, this 7th day of December, 2004.

_____/s/_____
Joan Glazer Margolis
U.S. Magistrate Judge